IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02470-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:              January 31, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                *Counsel:*

EMPLOYERS MUTUAL CASUALTY COMPANY,

Jerad A. West

     Plaintiff,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY, *et al.*,

Kasi G. Schuelke
Lyndsay K. Arundel

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       9:17 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the parties regarding what motions in the case are now moot, which are still pending, and Plaintiff filing a motion for summary judgment.

For the reasons stated on the record, it is

**ORDERED:**          Unopposed Motion for Extension of Time to File Motions for Summary Judgment re: Duty to Defend [Doc. No. 15, filed 1/16/2014] is **DENIED as moot**.

**ORDERED:**          Unopposed Motion to Vacate and Reset the Scheduling Conference or in the Alternative to Extend the time for Filing the Proposed Scheduling Order by [Doc. No. 19, filed 1/23/2014] is **DENIED as moot**.

Discussion between the court and the parties regarding the proposed discovery deadlines, Defendant adding parties to the case, and deferring discovery pending ruling on the Motions for Summary Judgment.

The court proposes it set a deadline for completing all written discovery and then set the matter for

a Status Conference. That would give counsel time to evaluate the results of that discovery, whether parties will be joined, and allow counsel to then make an informed decision with respect to what depositions will be needed. At that time, the parties can come back to the court to discuss more realistic deadlines. Counsel are in agreement with the court.

**ORDERED:**        Deadline for Amendment of pleadings/Joinder of parties:    **April 1, 2014**

All written discovery must be completed **on or before May 30, 2014**.

A further Status/Scheduling Conference is set for **June 17, 2014 at 9:15 a.m.**

The court notes it will not set further pretrial deadlines until the parties reconvene at the hearing on June 17, 2014.

The court addresses Plaintiffs' counsel regarding filing his own summary judgment motion and instead suggests counsel address that argument in his Response briefs to their Motions.

Counsel for Plaintiff advises the court that he will be requesting an extension of time to file his Responses. The court directs counsel to check with opposing counsel and file a motion.

A scheduling order will not be entered at this time.

HEARING CONCLUDED.
**Court in recess:        9:39 a.m.**
Total time in court:    00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.