IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02470-MSK-CBS | Date: June 17, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

EMPLOYERS MUTUAL CASUALTY          Jerad West
COMPANY

Plaintiff,

v.

NATIONAL FIRE & MARINE              Kasi Schuelke
INSURANCE COMPANY, et al.           Lyndsay Arundel

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING AND STATUS CONFERENCE**
**Court in session: 09:13 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Motion for Leave to File Third-Party Complaint [39] is **GRANTED**. Third-Party Complaint [39-1] is deemed by the Court as filed today, June 17, 2014.

Discussion regarding adding Third-Party, all parties including Third-Party needing to discuss scheduling order, Motion for Summary Judgment RE: Duty to Defend [16], Motion for Summary Judgment and Brief in Support [17], and serving the Third-Party.

**ORDERED:** Status Conference is set for July 30, 2014 at 9:00 a.m. to discuss what discovery the Third-Party will need to complete and to revisit deadlines. Counsel present at today's hearing are responsible for making the Third-Party aware of this Status Conference so they may be represented at the hearing.

**Court in recess: 09:22 a.m.**

Hearing concluded.
Total time in court:    00:09

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.